# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLFLOWER UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FERNANDO LUA, individually and on behalf of minor K.L., <u>et al.</u>,<br><br>　　　　　Defendants. | Case No. CV 21-3187 FMO (PVCx)<br><br>**JUDGMENT Re: COUNTERCLAIM** |

　　　Pursuant to the Court's Order Re: Joint Trial Brief, IT IS ADJUDGED THAT defendants' Counterclaim is dismissed with prejudice as to defendants' second and third issues.  The Counterclaim is dismissed without prejudice as to any remaining issues.  The parties shall bear their own fees and costs.

Dated this 31st day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　United States District Judge