# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLFLOWER UNIFIED SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO LUA, individually and on behalf of minor K.L., <u>et al.</u>,<br><br>　　　　Defendants. | Case No. CV 21-3187 FMO (PVCx)<br><br>**JUDGMENT Re: ATTORNEY'S FEES** |

Pursuant to 20 U.S.C. § 1415(i)(3) and the Court's Order Re: Motion for Attorney's Fees, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT plaintiff Bellflower Unified School District shall pay defendants Fernando Lua and Sandra Lua's attorney's fees in the amount of $107,997.00.

Dated this 29th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge